# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 18-1875

———————————————

United States of America

*Plaintiff - Appellee*

v.

Raymon D. Harrison

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: October 30, 2018
Filed: October 31, 2018
[Unpublished]

——————————

Before WOLLMAN, GRUENDER, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Raymon Harrison directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of a

———————————————

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

firearm. Harrison's counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of Harrison's sentence.

Upon careful review, we conclude that the district court did not abuse its discretion when it sentenced Harrison. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (explaining that sentences, whether inside or outside the Guidelines range, are reviewed under a deferential abuse-of-discretion standard). The record establishes that the district court adequately considered the sentencing factors listed in 18 U.S.C. § 3553(a). *See United States v. Wohlman*, 651 F.3d 878, 887 (8th Cir. 2011) (explaining that a district court need not mechanically recite the section 3553(a) factors). In addition, we may presume on appeal that a sentence within the Guidelines range is substantively reasonable. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and there are no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____